## ALABAMA & Others *v.* MONTAGUE & Another.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF TENNESSEE.

Submitted March 31, 1886.—Decided April 12, 1886.

This case involves the same questions as the case just decided, *Alabama* v. *Montague, ante* 602, and on the authority of that case the judgment below is affirmed.

Ejectment. Judgment below for defendants. Plaintiffs below sued out this writ of error.

*Mr. Samuel F. Rice* for plaintiffs in error.

*Mr. Xenophon Wheeler* for defendants in error.

MR. JUSTICE MILLER delivered the opinion of the court.

This was an action of ejectment tried by a jury in the same court which decided the preceding case, in which the plaintiffs in error based their right to recover on the same mortgage which they sought to foreclose in that suit. The court instructed the jury against them on the ground that they had no legal title.

As the foregoing opinion decides that they had no title at all, legal or equitable, the judgment of the court below must be

*Affirmed.*